IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RICHARD BRITAN,

Defendant.

: CIVIL NO: 2:11-CV-867
:DISTRICT JUDGE EDMUND A. SARGUS
:MAGISTRATE JUDGE PRESTON-
 DEAVERS

## CONSENT JUDGMENT ORDER

This matter coming before the court on the application of the United States, by agreement and stipulation of the parties, and the court finding that it has jurisdiction over the subject matter and the parties, and that the allegations of the complaint and the application for entry of consent judgment are well taken;

**IT IS ORDERED** that judgment is entered in favor of the United States, and against the defendant, **RICHARD BRITAN**, in the amount of $100,475.16 ($62,607.76 principal and $37,867.40 interest) accrued through July 16, 2011, and additional interest on the principal balance from said date at the rate of 8.25 percent per annum to the date of judgment plus additional interest from the date of judgment at the legal rate in effect on the date of judgment in addition to the costs of this action.

_1-17-2012_
DATED

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE